UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-CR-20021-GAYLES/GOODMAN

IN RE SEALED INDICTMENT
_____/

**MOTION TO SEAL**

FILED BY __mp__ D.C.
Jan 21, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Indictment, Arrest Warrants, this Motion, the resulting Order, and any other related documents be SEALED until the arrest of the first defendant or further Order of this Court. The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, Arrest Warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that the named defendants may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

MICHAEL S. DAVIS
ACTING UNITED STATES ATTORNEY

By: _____
JONATHAN STRATTON
Assistant United States Attorney
Florida Bar No. 93075
99 Northeast 4th Street, 4th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9151
E-mail: jonathan.stratton@usdoj.gov