UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**25-CR-20021-GAYLES/GOODMAN**

CASE NO._____

FILED BY ___mp___ D.C.

Jan 21, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**IN RE SEALED INDICTMENT**
_____/

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the Indictment, arrest warrants, the Motion to Seal, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment, Arrest Warrants, the Motion to Seal, and this Order shall be filed under seal until the arrest of the first defendant or until further order of this Court. The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this ___ day of January 2025.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE